.William H. Carpenter, Respondent, *v.* Elmore P. Ross, Appellant.

(Argued November 21, 1872; decided December 3, 1872.)

*Francis Kernan* for the appellant.

*J. R. Cox* for the respondent.

Agree to affirm; no opinion.
Judgment affirmed.